UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Handyman-Network Franchise Systems, Inc.,

        Plaintiff,

vs.

Thomas R. Laco,

        Defendant.

Case No. 07-CV-3647 (PAM/JSM)

**ORDER**

---

Based upon the stipulation of the parties, Thomas R. Laco ("Laco") and Handyman-Network Franchise Systems, Inc. ("Handyman-Network"), it is hereby ordered that:

1. Pursuant to F.R.C.P. Rule 67, and beginning with the reporting period for the first week ending following entry of this Order, Laco may deposit with the Clerk of the United District Court for the United States, District of Minnesota, all funds for royalties and advertising fund fees (as calculated in a manner consistent with the Franchise Agreement that is the subject of this case) that are presently in dispute in this case;

2. So long as Laco makes such deposits, Handyman-Network shall not attempt to demand direct payment from or seek to electronically transfer any funds from Laco for such reporting periods.

The funds will be deposited and withdrawn in a manner consistent with F.R.C.P. 67 and the Local Rules of this Court, and after deposit shall be held by the Clerk until such time is as otherwise directed by the Court or further stipulation of the parties.

Dated: December 10, 2007                                s/Paul A. Magnuson
                                                                                                       Hon. Paul A. Magnuson